Honorable Franklin D. Burgess

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, and LABOR MANAGEMENT COOPERATION TRUST,<br><br>                      Plaintiffs,<br>vs.<br><br>KAREN A. KAMERER and "JOHN DOE" KAMERER, wife and husband and the martial community comprised thereof, D/B/A HEYZ ELECTRIC,<br><br>                      Defendants,<br>and<br><br>SOUND CREDIT UNION,<br><br>                      Garnishee. | **CAUSE NO.**: MS05-5032<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF GARNISHMENT PROCEEDINGS |

TO:   CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance), Puget Sound Electrical Workers Pension

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-5032 FDB PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical
2  Benefit Fund, and Labor Management Cooperation Trust voluntarily dismiss the above-entitled
3  garnishment action against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and
4  husband and the martial community comprised thereof, d/b/a Heyz Electric and Garnishee
5  Sound Credit Union.

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the martial community comprised thereof, d/b/a Heyz Electric and Garnishee Sound Credit Union shall be and hereby is dismissed.

DATED this 18th day of July, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\PSEW-3460\Pleadings\2006\Heyz Electric 3460 USDC GARN Dismissal M&O.doc

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-5032 FDB PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587